**UNITED STATES of America, Plaintiff–Appellee**

v.

**Eduardo PEREZ–RODRIGUEZ, also known as Eduardo Perez, also known as Eduardo Perez Rodriguez, Defendant–Appellant.**

No. 13–20771
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 12, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lee Harper Wilson, Counsel, Houston, TX, for Defendant–Appellant.

Eduardo Perez–Rodriguez, Pecos, TX, pro se.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eduardo Perez–Rodriguez has moved for leave to withdraw. He has filed a brief and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Perez–Rodriguez has not filed a response to either of counsel's briefs.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.